

**UNIVERSITY OF MIAMI MILLER SCHOOL of MEDICINE**

Department of Otolaryngology
1120 NW 14th Street, 5th Floor
Miami, Florida 33136



February 3, 2014

Joan Carsten
[address redacted] Ste. 312      000061
[address redacted]

*Important security and protection notification.*
*Please read this entire letter.*

Dear Joan Carsten:

The University of Miami Health System (UHealth) is committed to providing our patients the best possible care and to protecting the confidentiality of our patients' health information. On June 27, 2013, the Department of Otolaryngology, while attempting to retrieve records stored at an offsite storage vendor, was notified that the vendor was unable to locate such records. After an exhaustive search, it was confirmed on August 28, 2013, that the records were not in the possession of the University or the storage vendor. These records consisted of billing vouchers (documents used for internal billing purposes).

Please note that the vouchers contained identifying information including name, date of birth, social security numbers, physician name, facility, insurance company name, medical record number, visit number, procedure and diagnosis codes. Vouchers are documents used for internal billing purposes ONLY. Your medical records are not at risk. It is important to note that at this time there is no indication that the information has been misused in any way.

In an abundance of caution, we are notifying all individuals whose information was included in the missing records. This incident has no impact on your care or your medical records. Your information remains current and available. Please be assured we are committed to protecting all information entrusted to us.

**What we are doing to protect your information:**

To help protect your identity, we are offering a **complimentary** two-year membership of Experian's® ProtectMyID® Elite. This product helps detect possible misuse of your personal information and provides you with superior identity protection support focused on immediate identification and resolution of identity theft.

### Activate ProtectMyID Now in Three Easy Steps

1. ENSURE **That You Enroll By: April 30, 2014** (Your code will not work after this date.)
2. VISIT the **ProtectMyID Web Site to enroll: www.protectmyid.com/enroll**
3. PROVIDE **Your Activation Code: UMM8BQGKE**

If you have questions or need an alternative to enrolling online, please call 866-274-4371.



EXHIBIT A



**ADDITIONAL DETAILS REGARDING YOUR 24-MONTH PROTECTMYID MEMBERSHIP:**

A credit card is not required for enrollment.

Once your ProtectMyID membership is activated, you will receive the following features:

- **Free copy of your Experian credit report**
- **Surveillance Alerts for:**
    - **Daily 3 Bureau Credit Monitoring:** Alerts of key changes & suspicious activity found on your Experian, Equifax®, and TransUnion® credit reports.
    - **Internet Scan:** Alerts if your personal information is located on sites where compromised data is found, traded or sold.
    - **Change of Address:** Alerts of any changes in your mailing address.
- **Identity Theft Resolution & ProtectMyID ExtendCARE:** Toll-free access to US-based customer care and a dedicated Identify Theft Resolution agent who will walk you through the process of fraud resolution from start to finish for seamless service. They will investigate each incident; help with contacting credit grantors to dispute charges and close accounts including credit, debit and medical insurance cards; assist with freezing credit files; contact government agencies.
    - It is recognized that identity theft can happen months and even years after a data breach. To offer added protection, you will receive ExtendCARE™, which provides you with the same high level of Fraud Resolution support even after your ProtectMyID membership has expired.
- **$1 Million Identity Theft Insurance*:** Immediately covers certain costs, including lost wages, private investigator fees, and unauthorized electronic fund transfers.
- **Lost Wallet Protection:** If you misplace or have your wallet stolen, an agent will help you cancel your credit, debit, and medical insurance cards.

Once your enrollment in ProtectMyID is complete, you should carefully review your credit report for inaccurate or suspicious items. If you have any questions about ProtectMyID, need help understanding something on your credit report or suspect that an item on your credit report may be fraudulent, please contact Experian's customer care team at 866-274-4371.

**What you can do to protect your information:** There are additional actions you can consider taking to reduce the chances of identity theft or fraud on your account(s). Please refer to the final page of this letter.

**Activate your membership today at http://www.protectmyid.com/enroll
or call 866-274-4371 to register with the activation code above.**

You will need to activate this membership no later than April 30, 2014, which will then continue for 24 full months. *You will not receive the benefits of ProtectMyID™ Elite unless you enroll.*

To address possible concerns of our patients about this situation, a website has been set up at entincident.med.miami.edu to serve as the primary source of information. A toll-free number also has been established at **866-274-4371** to answer any additional questions. This toll-free incident line will be available Monday – Friday 9:00am -9:00pm EST and Saturday and Sunday 11:00am – 8:00pm EST, until April 30, 2014.

We will continue to review our practices to determine what additional steps are necessary to avoid such incidents in the future. We apologize for any inconvenience this incident may have caused. We deeply appreciate being entrusted with your care, and we want to assure you that protecting patient information is a top priority for the University of Miami Health System.

Sincerely,

*Tony Etzel*

Tony Etzel
Vice Chair for Administration
Department of Otolaryngology & Executive Medicine

* Identity theft insurance is underwritten by insurance company subsidiaries or affiliates of AIG. The description herein is a summary and intended for informational purposes only and does not include all terms, conditions and exclusions of the policies described. Please refer to the actual policies for terms, conditions, and exclusions of coverage. Coverage may not be available in all jurisdictions.

## ADDITIONAL ACTIONS TO HELP REDUCE YOUR CHANCES OF IDENTITY THEFT

### ➤ PLACE A 90-DAY FRAUD ALERT ON YOUR CREDIT FILE
An **initial 90-day security alert** indicates to anyone requesting your credit file that you suspect you are a victim of fraud. When you or someone else attempts to open a credit account in your name, increase the credit limit on an existing account, or obtain a new card on an existing account, the lender should take steps to verify that you have authorized the request. If the creditor cannot verify this, the request should not be satisfied. You may contact one of the credit reporting companies below for assistance.

| **Equifax** | **Experian** | **TransUnion** |
|---|---|---|
| 1-800-525-6285 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com | www.experian.com | www.transunion.com |

### ➤ PLACE A SECURITY FREEZE ON YOUR CREDIT FILE
If you are very concerned about becoming a victim of fraud or identity theft, a security freeze might be right for you. Placing a freeze on your credit report will prevent lenders and others from accessing your credit report entirely, which will prevent them from extending credit. With a security freeze in place, you will be required to take special steps when you wish to apply for any type of credit. This process is also completed through each of the credit reporting companies.

### ➤ ORDER YOUR FREE ANNUAL CREDIT REPORTS
Visit www.annualcreditreport.com or call 877-322-8228.
Once you receive your credit reports, review them for discrepancies. Identify any accounts you did not open or inquiries from creditors that you did not authorize. Verify all information is correct. If you have questions or notice incorrect information, contact the credit reporting company.

### ➤ MANAGE YOUR PERSONAL INFORMATION
Take steps such as: carrying only essential documents with you; being aware of whom you are sharing your personal information with; and shredding receipts, statements, and other sensitive information.

### ➤ USE TOOLS FROM CREDIT PROVIDERS
Carefully review your credit reports and bank, credit card and other account statements. Be proactive and create alerts on credit cards and bank accounts to notify you of activity. If you discover unauthorized or suspicious activity on your credit report or by any other means, file an identity theft report with your local police and contact a credit reporting company.

### ➤ OBTAIN MORE INFORMATION ABOUT IDENTITY THEFT AND WAYS TO PROTECT YOURSELF
- Visit http://www.experian.com/credit-advice/topic-fraud-and-identity-theft.html for general information regarding protecting your identity.
- The Federal Trade Commission has an identity theft hotline: 877-438-4338; TTY: 1-866-653-4261. They also provide information on-line at www.ftc.gov/idtheft.

**UHealth** | UNIVERSITY OF MIAMI MILLER SCHOOL of MEDICINE
UNIVERSITY OF MIAMI HEALTH SYSTEM

Department of Otolaryngology
1120 NW 14th Street, 5th Floor
Miami, Florida 33136

February 3, 2014

Joan Carsten
10689 N. Kendall Dr., Ste. 312
Miami, FL  33176-1525

*Notificación importante para su seguridad y protección.*
*Por favor, lea esta carta por completo.*

Estimado/a Joan Carsten:

El Sistema de Salud de la Universidad de Miami (UHealth) está comprometido en brindar a nuestros pacientes la mejor atención posible y en proteger la confidencialidad de la información sanitaria de nuestros pacientes.  El 27 de junio de 2013, se notificó al Departamento de Otorrinolaringología, cuando intentaba extraer registros guardados en un depósito de un proveedor externo, que dicho proveedor no podía localizar tales registros.  Después de una búsqueda exhaustiva, se confirmó el 28 de agosto de 2013 que los registros no estaban en posesión de la Universidad ni del proveedor del depósito.  Estos registros consistían en cupones de facturación (documentos usados para fines de la facturación interna).

Por favor, tome en cuenta que los cupones contenían información identificatoria, como el nombre, fecha de nacimiento, números de seguridad social, nombre del médico, establecimiento, nombre de la empresa aseguradora, número de historia clínica, número de visita, códigos del procedimiento y del diagnóstico.  Los cupones son documentos usados para fines de la facturación interna SOLAMENTE. Su historia clínica no está en riesgo. Es importante hacer notar que en este momento no existen indicios de que la información se haya usado de forma indebida en cualquier modo.

De forma de aumentar las precauciones, estamos notificando a todas las personas cuya información estaba incluida en los registros faltantes.  Este incidente no tiene impacto en su atención o en su historia clínica. Su información se mantiene al día y está disponible. Por favor, esté seguro de que nos comprometemos en proteger toda la información que se nos confía.

**Lo que estamos haciendo para proteger su información:**

Para ayudarlo a proteger su identidad, estamos ofreciendo una membresía **como obsequio** por dos años de ProtectMyID® Elite de Experian®. Este producto ayuda a detectar el posible uso indebido de su información personal y le brinda un respaldo de protección de su identidad mayor, centrado en la identificación inmediata y resolución del robo de identidad.

### Active ProtectMyID ahora en tres pasos fáciles

1. **ASEGÚRESE de inscribirse antes del 30 de abril de 2014** (Su código no funcionará después de esta fecha)
2. **VISITE el Sitio Web Site de ProtectMyID para inscribirse: www.protectmyid.com/enroll**
3. **PROPORCIONE su Código de Activación: UMM8BQGKE**

Si tiene preguntas o necesita una alternativa a la inscripción en línea, por favor, llame al 866-274-4371.

**DETALLES ADICIONALES RESPECTO A SU MEMBRESÍA 24 MESES DE PROTECTMYID:**

No se necesita una tarjeta de crédito para la inscripción.

Una vez que su membresía de ProtectMyID esté activada, usted recibirá las siguientes funciones:

- **Copia gratuita de su informe de crédito Experian**
- **Alertas de control por:**
    - **Diariamente, el monitoreo de 3 empresas crediticias:** Alertas de cambios claves y actividad sospechosa encontradas en sus informes de crédito de Experian, Equifax® y TransUnion®.
    - **Escaneo en Internet:** Alertas si su información personal se ubica en sitios donde se encuentran, comercian o venden datos comprometidos.
    - **Cambio de dirección:** Alertas de cualquier cambio en su dirección de correo.
- **Resolución del robo de identidad y ExtendCARE de ProtectMyID:** Acceso por medio de una línea gratuita a atención al cliente en los EE. UU. y un agente de Resolución de Robos de Identidad, que lo acompañarán en el proceso de resolución del fraude desde el comienzo al final para que tenga un servicio sin fallas. Investigarán cada incidente; ayudarán a contactar a los otorgantes de crédito para controvertir los cargos y cerrar las cuentas, incluidas las tarjetas de crédito, débito y médicas; asistirán con el congelamiento de archivos crediticios y el contacto con las agencias del gobierno.
    - Se reconoce que el robo de identidad puede ocurrir meses, e incluso años, después de la violación de los datos. Para ofrecer una mayor protección, usted recibirá ExtendCARE™, que le brinda el mismo alto nivel de ayuda en la Resolución del Fraude, incluso después que haya vencido su membresía de ProtectMyID.
- **Seguro de robo de la identidad por 1 millón de dólares*:** Cubre de inmediato determinados costos, incluidos los salarios perdidos, los aranceles del investigador y transferencias electrónicas de fondos no autorizadas.
- **Protección de la billetera perdida:** Si extravió o le han robado su billetera, un agente lo ayudará a cancelar sus tarjetas de crédito, débito y se seguro médico.

Una vez que se haya completado su inscripción en ProtectMyID, usted debe revisar con cuidado su informe de crédito para ver si encuentra puntos sospechosos o imprecisos. Si tiene alguna pregunta acerca de ProtectMyID, necesita ayuda para entender algo en su informe de crédito o sospecha que un punto en su informe de crédito puede ser fraudulento, por favor, comuníquese con el equipo de atención al cliente de Experian al 866-274-4371.

**Lo que puede hacer para proteger su información:** Hay más medidas que puede considerar tomar para reducir las oportunidades del robo de identidad o fraude en su(s) cuenta(s). Por favor, vea la última página de esta carta.

<strong>Active su membresía hoy en http://www.protectmyid.com/enroll<br>
o llame al 866-274-4371 para registrarse con el código de activación anterior.</strong>

Usted deberá activar esta membresía a más tardar el 30 de abril de 2014 la que continuará luego por 24 meses completos. *Usted no recibirá los beneficios de ProtectMyID™ Elite a menos que se inscriba.*

Para encarar inquietudes posibles de nuestros pacientes acerca de esta situación, se ha configurado un sitio Web en entincident.med.miami.edu para que sirva como la fuente principal de información. También se ha establecido un número gratuito, el **866-274-4371** para responder a toda otra pregunta. Esta línea de teléfono gratuita para el incidente estará disponible desde lunes a viernes 9:00am – 9:00pm EST y sábado y domingo 11:00am – 8:00pm EST hasta el 30 de abril de 2014.

Continuaremos revisando nuestras prácticas para determinar qué medidas adicionales son necesarias para evitar tales incidentes en el futuro. Nos disculpamos por cualquier inconveniente que este incidente pueda haber causado. Apreciamos profundamente que se nos haya confiado su atención y queremos asegurarle que proteger la información de los pacientes es una de las prioridades principales para el Sistema de Salud de la Universidad de Miami.

Atentamente,

*[firma]*

Tony Etzel
Vice Chair for Administration
Department of Otolaryngology & Executive Medicine

\* El seguro por robo de identidad es emitido por una aseguradora subsidiaria o afiliada de AIG. La descripción del presente es un resumen y su intención es informativa solamente y no incluye todos los términos, las condiciones y exclusiones de las pólizas descriptas. Por favor, vea las pólizas reales para conocer los términos, las condiciones y exclusiones de la cobertura. La cobertura puede no estar disponible en todas las jurisdicciones.

### OTRAS MEDIDAS PARA AYUDAR A REDUCIR SUS CHANCES DE ROBO DE IDENTIDAD

> **COLOCAR UNA ALERTA DE FRAUDE POR 90 DÍAS EN SU ARCHIVO CREDITICIO**

Una **alerta de seguridad inicial por 90 días** le indica a todos los que soliciten su archivo crediticio que usted sospecha que es una víctima de fraude. Cuando usted o alguien más intentan abrir una cuenta de crédito en su nombre, aumentar el límite de crédito de una cuenta existente u obtener una tarjeta nueva de una cuenta existente, el prestamista debe tomar algunas medidas para verificar que usted ha autorizado la solicitud. Si el acreedor no puede verificarlo, no se cumplirá con la solicitud. Usted puede comunicarse con una de las empresas de informes crediticios que aparecen a continuación para obtener asistencia.

| Equifax | Experian | TransUnion |
|---|---|---|
| 1-800-525-6285 | 1-888-397-3742 | 1-800-680-7289 |
| www.equifax.com | www.experian.com | www.transunion.com |

> **CONGELAR POR SEGURIDAD SU ARCHIVO CREDITICIO**

Si usted está muy preocupado por convertirse en una víctima de fraude o robo de identidad, un congelamiento de seguridad puede ser lo correcto para usted. Congelar su informe crediticio evitará que los prestamistas y otros accedan a su informe crediticio por completo, lo que evitará que ellos extiendan crédito. Si tiene un congelamiento de seguridad, deberá tomar medidas especiales cuando desee solicitar cualquier tipo de crédito. Este proceso también se realiza a través de cada una de las empresas de informes crediticios.

> **ORDENAR SUS INFORMES CREDITICIOS ANUALES**

Visite www.annualcreditreport.com o llame al 877-322-8228.
Una vez que reciba sus informes crediticios, revíselos para saber si hay discrepancias. Identifique cualquier cuenta que no abrió o consultas de acreedores que no autorizó. Verifique que toda la información sea correcta. Si tiene alguna pregunta o nota información incorrecta, comuníquese con la empresa de informes crediticios,

> **GESTIONAR SU INFORMACIÓN PERSONAL**

Tome medidas, tales como: llevar solo los documentos esenciales con usted; sea consiente de con quien está compartiendo la información personal y destruya los recibos, estados de cuentas y demás información sensible.

> **USE LAS HERRAMIENTAS DE LOS PROVEEDORES DE CRÉDITO**

Revise con cuidado sus informes de créditos y estados de cuenta bancarios, de las tarjetas de crédito y demás estados de cuenta. Sea proactivo y cree alertas en las cuentas bancarias y de tarjetas de crédito para que lo notifiquen de la actividad. Si descubre actividad no autorizada o sospechosa en su informe crediticio o por cualquier otro medio, presente una denuncia de robo de identidad ante su policía local y comuníquese con la empresa de informes crediticios.

> **OBTENGA MÁS INFORMACIÓN ACERCA DEL ROBO DE IDENTIDAD Y LOS MODOS DE PROTEGERSE**
> - Visite http://www.experian.com/credit-advice/topic-fraud-and-identity-theft.html para obtener información general respecto a cómo proteger su identidad.
> - La Comisión de Comercio Federal (Federal Trade Commission) tiene una línea de atención de robos de identidad: 877-438-4338; TTY: 1-866-653-4261. También brindan información en línea en www.ftc.gov/idtheft.