UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-20497-CIV-WILLIAMS

JOAN CARSTEN,

    Plaintiff,

vs.

UNIVERSITY OF MIAMI,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS MATTER** is before the Court on a *sua sponte* review of the record. On December 17, 2014, the Court entered final judgment in favor of Plaintiff (DE 41). Accordingly, the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 13th day of January, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE